01
02
03
04
05
06
07
08
09
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | Case No. 05-267M |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER DENYING |
| v. | ) | STIPULATED MOTION |
| | ) | TO EXTEND TIME |
| ARBEY RIVERA-GUILLEN, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

On June 28, 2005, the parties to the above-captioned matter filed a Stipulated Motion to Extend Time to File Indictment. Dkt. No. 9. The motion argued that granting a continuance would satisfy the "ends of justice" by providing the parties additional time to prepare for their case. Dkt. No. 9. In addition, the defendant's Waiver of Right to a Speedy Indictment indicates that ongoing plea negotiations are also a reason for the requested continuance. Dkt. No. 9 (Exhibit).

Congress, however, "did not intend the 'ends of justice' exclusion to be granted as a matter of course but rather [intended it] to be used sparingly and only when necessary." *United States v. Lewis*, 980 F.2d 555, 560 (9th Cir. 1992) (internal citations omitted). Hence, an "ends of justice" exclusion may be granted only for a specific duration when "justified by

ORDER DENYING STIPULATED
MOTION TO EXTEND TIME
PAGE -1

01  the record with reference to the facts." *United States v. Ramirez-Cortez*, 213 F.3d 1149, 1154

02  (9th Cir. 1999) (internal citations and punctuation omitted).  Generalized assertions that the

03  "ends of justice" will be satisfied by the granting of a continuance are insufficient. *Id.* at 1154-

04  55.

05          Here, the parties have provided no evidence, nor adduced any facts from the record

06  sufficient to justify granting a continuance.  Rather, they have simply alleged, without

07  explaining in reference to specific facts, that more time would enable them to prepare more

08  thoroughly.  These reasons are insufficient to justify a continuance.  Moreover, an ongoing

09  plea agreement negotiation is not a factor sufficient for this Court to find that granting a

10  continuance will satisfy the "ends of justice." *Id.* at 1155-56 (citing *United States v. Perez-*

11  *Reveles*, 715 F.2d 1348, 1352 (9th Cir. 1983)).  The parties' motion is therefore DENIED.

12          DATED this 28th day of June, 2005.


14  *James P. Donohue*

15  JAMES P. DONOHUE
16  United States Magistrate Judge

ORDER DENYING STIPULATED
MOTION TO EXTEND TIME
PAGE -2